UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                      Plaintiff,<br>  v.<br><br>JOHN DOE, subscriber assigned IP address 24.146.190.248,<br><br>                      Defendant. | Civil Action No. 3:19-cv-01151-JAM |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which to Effectuate Service on John Doe Defendant with a summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted.  Plaintiff shall have until March 20, 2020 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this _____ day of _____, 2019.


By:_____
**UNITED STATES DISTRICT JUDGE**